UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Linda Lee Upleger                              Chapter 7
                                               Case No. 09-49545
              Debtor.                          Hon. Phillip J. Shefferly
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $0.62, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| | Linda Lee Upleger 16110 Farnum Romulus, MI 48174 | $ 0.62 |
| | **TOTAL:** | **$ 0.62** |

Dated:   10/8/2010              /s/ Frederick J. Dery
                                Frederick J. Dery, Trustee
                                803 W. Big Beaver
                                Suite 353
                                Troy, MI 48084
                                fdery@fredjdery.com